IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD WHITE, | : | |
| Petitioner | : | CIVIL ACTION |
| v. | : | |
| JEFFREY BEARD, et al., | : | NO. 10-547 |
| Respondents. | : | |

**ORDER**

**AND NOW** this 31st day of May, 2011, it upon consideration of Petitioner Todd White's Objections to United States Magistrate Judge Carol Sandra Moore Wells' Report and Recommendation, it is hereby **ORDERED** that:

(1) Petitioner's Objections are **DENIED**;

(2) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(3) Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is **DENIED**; and

(4) A certificate of appealability is **DENIED**, as Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE