IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD WHITE,<br>Petitioner, | : <br> : <br> : |
| v. | :    CIVIL ACTION NO. 10-CV-0547 <br> : |
| JEFFREY BEARD, *et al.*,<br>Respondents. | : <br> : |

## ORDER

AND NOW, this 29th day of October, 2018, **IT IS ORDERED** that:

1. Petitioner's Motion for Relief from Final Order or Alternatively Judgment Pursuant to Rule 60(b), Fed.R.Civ.P. is **DENIED**;

2. Petitioner's application to proceed in forma pauperis is DISMISSED;

3. The Clerk of Court shall **CLOSE** this matter; and,

4. There is no cause to issue a certificate of appealability.

FILED
OCT 29 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

BY THE COURT:

_____
ROBERT F. KELLY, J.

4